AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
### for the

_Beverley Harris_
_____
_Plaintiff/Petitioner_

v.

_The Bozzuto Group_
_____
_Defendant/Respondent_

)
)
)
)
)

Civil Action No. _____

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date:  _6/6/18_

1.     For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment — _Retired_ | $ 0 | $ N/A | $ 0 | $ |
| Self-employment | $ 0 | $ N/A | $ 0 | $ |
| Income from real property _(such as rental income)_ | $ 0 | $ N/A | $ 0 | $ |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ |
| Gifts | $ 0 | $ N/A | $ 0 | $ |
| Alimony | $ 0 | $ N/A | $ 0 | $ |
| Child support | $ 0 | $ N/A | $ 0 | $ |

*SSN* *Military Retirement*

Page 2 of 5

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 28,236 | $ N/A | $ 1501+892 | $ |
| Disability *(such as social security, insurance payments)* | $ 268.12 | $ N/A | $ 268 | $ |
| Unemployment payments | $ 0 | $ N/A | $ | $ |
| Public-assistance *(such as welfare)* | $ 0 | $ N/A | $ | $ |
| Other *(specify)*: | $ 0 | $ N/A | $ | $ |
| **Total monthly income:** | $ 28,504 0.00 | $ 0.00 | $ 2611 0.00 | $ 0.00 |

↑ GROSS

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | NONE | N/A | $ N/A |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ _____ N/A _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| STATE DEPT FEDERAL CREDIT UNION | CHECKING + SAVING | $ 402 | $ N/A |
| ——— | ——— | $ ——— | $ —— |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary
      household furnishings.

| Assets owned by you or your spouse | |
| --- | --- |
| Home *(Value)* | $    ◯ |
| Other real estate *(Value)*<br>    *LOT IN  FL.* | $ *120* |
| Motor vehicle #*1 (Value)*    ( *LEASED* ) | $ |
| Make and year:    *2017  NISSAN* | |
| Model:    *ROGUE* | |
| Registration #:    *NJ.* | |
| Motor vehicle #*2 (Value)* | $ |
| Make and year:    *N/A* | |
| Model:    *N/A* | |
| Registration #:    *N/A* | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| *NONE* | $    ◯ | $    *N/A* |
| *NONE* | $    ◯ | $    *N/A* |
| *NON* | $    ◯ | $    *N/A* |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
| --- | --- | --- |
| *NONE* | *N/A* | *N/A* |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.  Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* Are real estate taxes included?  ❏ Yes  ❏ No  Is property insurance included?  ❏ Yes  ❏ No | $ 1589 | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 090 | $ N/A |
| Home maintenance *(repairs and upkeep)* | $ O | $ N/A |
| Food | $ 900 | $ N/A |
| Clothing | $ O | $ N/A |
| Laundry and dry-cleaning | $ 10 | $ N/A |
| Medical and dental expenses        (DISABLE VET) | $ O | $ N/A |
| Transportation *(not including motor vehicle payments)*   (GAS | $ 40 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10 | $ N/A |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|    Homeowner's or renter's: | $ 13 | $ N/A |
|    Life: | $ O | $ N/A |
|    Health: —   SSN | $ 18.0 | $ N/A |
|    Motor vehicle: | $ 29. 0 | $ N/A |
|    Other: | $ O | $ N/A |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ O | $ N/A |
| Installment payments | | |
|    Motor vehicle: | $ 289. 0 | $ N/A |
|    Credit card *(name):* | $ 300. 0 | $ N/A |
|    Department store *(name):* | $ O | $ N/A |
|    Other: | $ O | $ N/A |
| Alimony, maintenance, and support paid to others | $ | $ N/A |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0 | $ N/A |
| Other *(specify):* | $ 0 | $ N/A |
| **Total monthly expenses:** | $ 2778    0.00 | $ 0.00 |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ❏ Yes    ☑ No    If yes, describe on an attached sheet.

10.    Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☑ Yes    ❏ No

    If yes, how much?  $ 50    *Copies and other document - Transportation*

11.    Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12.    Identify the city and state of your legal residence.

    Roselle, NJ 07203

    Your daytime phone number:    (973) 876-0933

    Your age: 69    Your years of schooling:    Graduate

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

## Pro se (Non Prisoner)
## Consent & Registration Form to Receive Documents Electronically

Pursuant to Fed. R. Civ. P. 5(b), and Fed. R. Civ. P. 77(d), Local Civil Rule 5.2 and the Court's Electronic Case Filing Policies and Procedures, documents may be served through the court's transmission facilities by electronic means.  Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I _BEVERLEY HARRIS_ hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P. 77(d).

Pursuant to Local Civil Rule 10.1, I will promptly notify the Court if there is a change in my personal data, such as name, address, and/or e-mail address.  I will promptly notify the Court to request cancellation of electronic service.

Litigants who have consented to  receive documents electronically will be sent a **Notice of Electronic Filing** via e-mail.  Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked document number.  The one "free look" will expire 15 days from the date the notice was sent.  After the "free look" is used or expires,  the document can only be accessed through PACER (**P**ublic **A**ccess to **C**ourt **E**lectronic **R**ecords.)  It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER web site at http://pacer.psc.uscourts.gov.  PACER is an automated system that allows an individual to view, print, and download documents for a fee.

My e-mail address is: _SIRRAH BM @ gmail.com_

My case number is: _____

_[signature]_
Signature of Litigant

_610 GREENWAY BLVD_
Mailing Address

_ROSELLE  NJ  07203_
City, State, Zip Code

_(973) 876-0933_
Telephone Number

Date: _6/6/18_

Helpful Hints:

~       All original papers submitted for consideration to the Court are to be filed with the **Clerk of this
        Court**.  Copies of papers filed in this Court are to be served upon counsel for all other parties (or
        directly on any party acting pro se).  Proof that service has been made is provided by a
        certificate of service.  This certificate should be filed in the case along with the original papers
        and should show the day and manner of service.

        Example:        "I, (name), do hereby certify that a true and correct copy of the foregoing (name
                        of pleading or other paper) has been served upon (name(s) of person(s) served)
                        by placing the same in the U.S. Mail, properly addressed this (date) day of
                        (month), (year)."

                                                    (Signature)

~       Any request for court action shall be set forth in a motion, properly filed and served.  (Please see
        the Motion Guide included in this packet.)

~       No direct communication is to take place with the District Judge or United States Magistrate
        Judge with regard to this case.  **All relevant information and papers are to be directed to the
        Clerk.**

~       The parties should notify the Clerk's office when there is an address change.  Failure to do so
        could result in court orders or other information not being timely delivered, which could affect
        the parties' legal rights.