# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BEVERLY HARRIS,**  *Plaintiff*,  v.  **THE BOZZUTO GROUP,**  *Defendant*. | Civil Action No. 18-10277  ORDER |

**ARLEO, UNITED STATES DISTRICT JUDGE**

**THIS MATTER** having coming before the Court by way of Plaintiff Beverly Harris' ("Plaintiff") request to proceed in forma pauperis under 28 U.S.C. § 1915, ECF No. 1;

and the Court finding that Plaintiff has not adequately alleged indigence or an inability to prepay court fees in that Plaintiff alleges she receives $28,236.00 per month in retirement income in addition to $268.12 per month in disability income;

**IT IS** on this 11th day of June, 2018,

**ORDERED** that Plaintiff's application to proceed without prepayment of fees or costs is **DENIED**; and it is further

**ORDERED** that the Clerk shall close this case. Plaintiff may reopen the case by submitting, within 14 days from the date of this Order, payment in the amount of $400 or a revised application to proceed in forma pauperis.

/s Madeline Cox Arleo_____
**Hon. Madeline Cox Arleo**
**United States District Judge**