UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

(Title of Action)

DR. BEVERLEY M HARRIS
    Plaintiff,   :   Civil Action No. 2:18-cv-10277-MCA-SCM

v.   :   NOTICE OF MOTION

THE BOZZUTO GROUP
    Defendant.   :

:

PLEASE TAKE NOTICE __DR. BEVERLEY M HARRIS__
(Name of Moving Party)

will move before the Honorable _____, U.S.D.J. on

_____

(Motion days are the 1st and 3rd Monday of each month)

for an Order __TO OBTAIN KEY FOR EQUIPMENT ROOM IN HER APARTMENT__
(describe type of relief being sought)

In support of my motion, I will rely on the attached brief (if necessary).

__DR. BEVERLEY M HARRIS__
Name
__610 GREENWAY BLVD__
__ROSELLE, NJ 07203__
Address

Dr. [signature]

Date: 6/14/18

2018 JUN 14  A 10:56
RECEIVED
DISTRICT OF NEW JERSEY
U.S. DISTRICT COURT



apt type: A

the PARK



LINE-OF SIGHT

THE CAMERA(S) WOULD BE PLACED IN THE AC VENT HERE

GREAT RM
12'-3" x 21'-1"

KITCHEN
8'-4" x 9'-1"

MECH.

BEDRM
12'-6" x 13'-1"

LDRY

BATH

WIC

Elevations and floor plans are an artist's rendering and are shown for illustration purposes only. All square feet are approximate.

THE UNITED STATES DISTRICT COURT OF NEW JERSEY        June 11, 2018

Dr. Beverley M. Harris )
 ) CASE NUMBER: 2:18-CV-
Plaintiff ) 10277-MCA-SCM
 )
v. ) **JURY TRIAL**
 )
Mr. Thomas S. Bozzuto, Founder of the Bozzuto Group ) Pauperis Filing
Mr. Toby Bozzuto, Operatng Officer, Bozzuto Group )
Partners of the Bozzuto Group )
Mr. David Curcio, Regional Manager, The Park Apartments )
Ms. Michelle Demetriou, Manager The Park Apartments )
Roselle New Jersey )
 )
Defendants )
_____ )

## MOTION BRIEF

Plaintiff, Dr. Beverley M. Harris, representing herself, *per se*, kindly motions the Court for the following relief:

On 5 June 2018 Plaintiff, file suit against the Bozzuto Group, and other Defendants, cause of action:

1. **New Jersey law**, **negligence**, based on various tenant rights violation
2. Violation of 28 U.S.C. § 2511 & Invasion of Privacy, based on Plaintiff discovered that Defendants illegally installed camera(s) in the air condition vent in Plaintiff's apartment. Plaintiff discovered the camera(s) when she heard unusual sounds in the apartment. Plaintiff is now hearing similar sounds coming from a locked equipment room and believes that there might be more recording/camera devices in the equipment room. Furthermore, Defendants have been making every effort, through bullying, intimidation, and threats of eviction in order to access my apartment, without cause.
3. Therefore, Plaintiff is kindly motioning the Court for an Order to obtain the key to the equipment room in Plaintiff's apartment in order to check for recording and/or other illegally installed devices in the apartment.
4. Plaintiff will allow Defendants to observe, from the hallway outside the Plaintiff's door which has clear view of the equipment room door. Plaintiff will not enter the equipment

**THE UNITED STATES DISTRICT COURT OF NEW JERSEY**          **June 11, 2018**

room or touch and/or damage any item in that area. Plaintiff will only be looking into the room for any unusual items that make looking like recording items.

DATED: 11 June 2018

Respectfully,

By: _____
Dr. Beverley M. Harris
610 Greenway Blvd
Roselle, NJ 07203
Phone: (973) 876-0933