AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

Dr. Beverley M Harris
*Plaintiff/Petitioner*

v.

The Bozzuto Group and US Attorney Jeffery Sessions
*Defendant/Respondent*

Civil Action No. 2:18-cv-10277-MCA-SCM

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Long Form)**

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: [signature]

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 6/18/18

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property *(such as rental income)* | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 2372 | $ N/A | $ 2372 | $ N/A |
| Disability *(such as social security, insurance payments)* | $ 268 | $ N/A | $ 268 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance *(such as welfare)* | $ 0 | $ N/A | $ 0 | $ N/A |
| Other *(specify)*: | $ 0 | $ N/A | $ 0 | $ N/A |
| **Total monthly income:** | $ **0.00** | $ **0.00** | $ **0.00** | $ **0.00** |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| NONE | NONE | N/A | $ N/A |
| NONE | NONE | N/A | $ N/A |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| **Financial institution** | **Type of account** | **Amount you have** | **Amount your spouse has** |
|---|---|---|---|
| STATE DEPT FEDERAL CREDIT UNION | CHECKING + SAVING | $ 180.0 | $ N/A |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* NONE | $ |
| Other real estate *(Value)* SMALL LOT IN FLORIDA | $ 1,200 |
| Motor vehicle #*1* *(Value)* LEASED | $ DON'T KNOW |
| Make and year: 2017 NISSAN | |
| Model: ROGUE | |
| Registration #: NJ | |
| Motor vehicle #*2* *(Value)* N/A | $ — |
| Make and year: N/A | |
| Model: N/A | |
| Registration #: N/A | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | $ 0 | $ 0 |
| NONE | $ 0 | $ 0 |
| NONE | $ 0 | $ 0 |

7. State the persons who rely on you or your spouse for support.

| **Name** (or, if under 18, initials only) | **Relationship** | **Age** |
|---|---|---|
| NONE | N/A | N/A |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ☐ Yes ☑ No<br>Is property insurance included? ☑ Yes ☐ No | $ 1589 | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 65 | $ N/A |
| Home maintenance *(repairs and upkeep)* | $ 0 | $ N/A |
| Food | $ 150 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses (VA) | $ 0 | $ N/A |
| Transportation *(not including motor vehicle payments)* | $ 40 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10 | $ N/A |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ 13 | $ N/A |
| Life: | $ 0 | $ N/A |
| Health: (SSA) | $ 18 | $ N/A |
| Motor vehicle: | $ 219 | $ N/A |
| Other: | $ 0 | $ N/A |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ ? | $ ? |
| Installment payments | | |
| Motor vehicle: | $ 289 | $ N/A |
| Credit card *(name)*: | $ 300 | $ N/A |
| Department store *(name)*: | $ 0 | $ N/A |
| Other: | $ 0 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0 | $ N/A |
| Other *(specify)*: | $ 0 | $ N/A |
| **Total monthly expenses:** | $ 2,693 **0.00** | $ **0.00** |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

❒ Yes ☒ No If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☒ Yes ❒ No

If yes, how much? $ NOT SURE

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12. Identify the city and state of your legal residence.

Roselle, NJ 07203

Your daytime phone number: (973) 876-0933

Your age: 69 Your years of schooling: GRADUATE

Social Security Benefits

**Welcome, Beverley!** You last signed in on February 05, 2018 at 12:29PM EST.

## Social Security Statement

### A Message from Social Security:

Your Social Security Statement...

| | | |
|---|---|---|
| Estimated Benefits: | Not applicable | |
| Last Reported Earnings: | **$0 in 2016** | View Earnings Record |

## Benefits & Payments

| | | |
|---|---|---|
| You are receiving: | Social Security (Retirement), Medicare | View Benefit Details |
| Your next payment is: | **$1,511.40** on July 3, 2018 | View Payment History |

Get a Benefit Verification Letter

Need proof that you receive Social Security benefits? Here's your official letter.

Gross Monthly Income:
(1) SSN: $1,511.00
(2) OPM: $861.42
(3) VA Disability: = $268.12
TOTAL: = $2,640.00
Two thousand six hundred forty dollars .12 cent

## Social Security Card Replacement

Request a Replacement Card

Go to My Profile

Your profile allows you to view or update your:

## Navigation

**Overview**

Benefit & Payment Details

Earnings Record

Replacement Documents

My Profile

Get Help

  

(/)

Search OPM Go

OPM/Military
Retirement Income: (Net)
- $861.00
- Eight hundred sixty one dollars

## Menu

- Dashboard
- Profile
- Direct Deposit
- Chk/Sav Allotment
- Form 1099R
- Org Allotments
- Federal Tax
- Annuity Statement
- State Tax
- View / Print ID Card
- Summary Of Payment
- Transaction History
- On Demand Docs

## Messages

**Welcome** BEVERLEY M HARRIS , **Last Login:** 2/2/2018 12:47:13 PM E.S.T.

**Recent Transaction:** Password Change
A new password has been saved for this account. | **Saved On:** 06/16/2018

## Annuity Summary

| | |
|---|---|
| **Annuitant Name** | BEVERLEY M HARRIS |
| **Claim Number** | A85913360 |
| **Payment Dated** | 6/1/2018 |
| **Gross Amount of Annuity** | $890.00 |
| **Net Amount of Annuity** | $861.42 |

© 2018 - Services Online

EXHIBIT DCNY-1

**Dr. Beverley Harris**
230 Hamilton Avenue (Permanent address since 1977)
New Rochelle, NY 10801

610 Greenway Blvd, Apt 610 (Temporary address)
Roselle, New Jersey 07203

E-mail: Sirrahbm@gmail.com
Tel: (973) 876-0933

21 May 2018

The Honorable Judge Collen McMahon
Chief US District Judge
US District Court
500 Pearl Street
New York, NY 10007

**Re: 14 Years of FBI Complete Control and Deprivation of Human Rights**

Your Honorable Judge McMahon

Good day. I am Dr. Beverley M. Harris, retired US Air Force, retired US Government Civil Servant, and a Disabled Military Veteran. I am reaching out to you today because I do not know who else to reach out to for help. I have contacted several attorneys and all I have been receiving are excuses.

For approximately 14 years now I have been the victim of the most outrageous act of "miscarriage of justice that any human being could experience, and which I believe requires immediate attention.

Since 2004 the FBI has controlled every aspect of my life and has destroyed my entire life, and my human dignity. This nightmare began in 2003 when I was a victim of extortion while employed as a Contract Specialist on the US Air Force-1 (The President's fleet of aircraft) Operation at Andrews Air Force Base, Maryland. I reported it to the US Air Force Office of Special Operation (OSI) and the FBI was called in to investigate the illegal activities. The FBI discovered that there were other illegal activities occurring in the Contract Squadron at the highest level of management. There were arrest and demotion made which led to the court

system in 2004 and I later learned that the FBI "threw the case because of pressure from the Pentagon". This I cannot confirm.

However, the FBI decided to focus on me as the "scape goat" and began telling everyone that I was the "whistleblower" and that was when my nightmare began. I was terminated from my GS-12 job with the GSA in Boston in July 2004 and the job terminations continued 7 times after that until 2011 when the US Army fired me without cause. After that last termination, I could not even obtain a job with McDonalds to serve hamburgers. I was forced into retirement by the US Army.

***THE ATTACHED HUMAN RIGHT COMPLAINT MADE TO THE UNITED NATIONS OFFICE OF THE HIGH COMMISSIONER FOR HUMAN RIGHTS (OHCHR) EXPLAINS IN DETAIL THE INJUSTICES I SUFFERED BECAUSE:***

***(1) THE AIR-FORCE-1 INCIDENT,***

***(2) I REFUSED TO SPY ON THE US ARMY WHILE SERVING IN THE IRAQI CONFLICT IN KUWAIT IN 2010, AND***

***(3) I RECORDED A TELEPHONE CONVERSATION WITH A FBI SENIOR MANAGER WHO ADMITTED THAT THE FBI HOUSTON TEXAS FIELD OFFICE WAS ILLEGALLY MONITORING ME, IN 2011.***

***THIS INJUSTICE BY THE FBI CONTINUES TO DATE.***

Your Honor, I do believe that the FBI has ignored the importance of "Due Process" and has thrown water in the face of "The Rule of Law" In 2009 the FBI, with the cooperation of KBR, Inc., a Defense Contractor and my then employer, and Dr. Garland Gossett along with medical staff at the St. Joseph Hospital in Houston TX deceptively claimed that I needed to have a colonoscopy test, a requirement for my job as an Air Traffic Controller, while serving in Iraq. During that colonoscopy procedure on 17 February 2009, a "FBI Tracking Device" was illegally implanted in the front area of my right leg approximately 8" above the knee, without my knowledge and/or consent. I became aware of the device in April 2017, by accident.

Then in 2014 while I was residing in Germany the FBI with the cooperation of Dr. Stefan Gress, a German Dermatologist in Munich Germany, again illegally and without my knowledge and/or consent implanted a "FBI Listening Device" in the base of the opening to my right ear on, 24 June 2014 during a medical procedure on my face. I discovered this illegal implant in December 2017. Both devices are still in my body.

Since the FBI had been monitoring my every activity with the help of these devices, and blocking all my communication system, and hearing everything I would utter, they knew I was aware of the devices in my body. So, with the help of my landlord at The Park Bozzuto Apartments in Roselle, NJ, the FBI installed camera(s) in my apartment #610 then moved into Apartment #611 in order to monitor me 24/7 **(SEE ATTACHED DOCUMENTATION).**

I had moved into The Park Apartments complex on 11 September 2017and rented Apartment (#610). It was on 8 March 2018 I discovered camera(s) in my apartment When I complained to my apartment management they never responded but secretly removed the camera(s) while I was away from my apartment, damaged the stove-top, kitchen sink, and bathroom sink with the intent to withhold my security-deposit; something I had experienced with my German landlords who the FBI was constantly visiting while I was a tenant. Soon after my complaint to The Park Bozzuto Apartment's management an attorney, Jennifer Alexander, wrote a bullying letter to me about everything except addressing the illegal placing of the camera(s) in my apartment. To date I have heard nothing from the Landlord about this illegal situation.

However, in April 2018 I noticed that the tenants/neighbors in Apt #611 are FBI Agents and they all drove cars with New York State's License Plates from the FBI NY Field Office (verified). Plate numbers and description are:

1. FGE 1533 Black Caravan SUV

2. T742823 Black Nissan Pathfinder

3. --- 848 Black Ford Sedan ??

4. FMS 8053 Silver SUV

5. HTD 3778 Dark Gray Volk Wagon Jetta, with b/w bumper sticker CI

I have enclosed emails to show that I did address this situation with the FBI Agents with the landlord representatives here at the complex, but like everything else they have yet to respond.

I am being monitored and made a joke of, 24/7, by the FBI and the people that they have been recruiting to help in depriving me of my human dignity.

Then FBI has deliberately isolated me from friends, family, neighbors and everyone by telling them that I am a Child Molester, a Prostitute and a Liar; none of which is true. This I later learned in 2015 from a neighbor while in Germany. The former German neighbor informed me that my landlord, at the time, informed him of the FBI's accusation. My sister-in-law in Texas also informed me of the same accusation saying "I thought you knew".

The FBI's other illegal planned actions against me was to "frame" as a Child Molester by having children follow me on a daily basis while in Germany and the US and that continues to date **(SEE ATTACHED DOCUMENTATION).**

Your Honor, I come to you in humbleness, kindly asking for your help to get MRI test (or any other medial test) that can provide clean and precise photo image of these devices in my body. In addition, these photos are needed to prove to everyone who do not believe me and who question my mental capability[1] because I am a lone-sole fighting again the powerful machine of the FBI/DOJ, that I am truthful and always will be about the injustice the FBI has inflicted on me. I have made 4 attempts to have MRIs performed **(SEE ATTACHED DOCUMENTATION)** and each time I am met with the same hostility, demeaning attitude, excuses and outright ~~denial~~ Refusal from medical staff in civilian hospitals and the Department of Veteran Affairs who is responsible for my medical treatment.

Your Honor, you exist in an environment that deals with "facts" and fact derive from undeniable evidences, and that is all I am kindly requesting to get from having this MRI test performed. I do not know if I am doing the right thing by coming to you for help, but as you can see, I am fighting for my FREEDOM. I have spent more than 35 years in the service of this Country fighting for everyone's Freedom. Yet, for approximately 14 years I have been denied such

[1] I have no mental problem and my mental capability has never been compromised in anyway.

THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | 2018

Freedom and am fighting for something that the United States of America prides itself on having in abundance; so where is my Freedom?

Your Honor, none of us knows when the Lord will call us to come home. If I did today, I would like to die as a FREE PERSON without FBI devices in my body, and a person with some HUMAN DIGINITY; something I am lacking today. PLEASE HELP, PLEASE I KINDLY BEG YOU I HAVE EARNED MY FREEDOM.

I sincerely pray that Your Honor will grant my motion for an Order for Medical Evidence

Truly,

Dr. Beverley Harris,
Apt. 610

Enclosure:

Cc: file

From: Dr. Beverley Harris Page 5