UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BEVERLY HARRIS,** *Plaintiff*, v. **THE BOZZUTO GROUP, et al.,** *Defendants*. | Civil Action No. 18-10277 ORDER |

**ARLEO, UNITED STATES DISTRICT JUDGE**

**THIS MATTER** having coming before the Court by way of Plaintiff Beverly Harris' ("Plaintiff") request to proceed <u>in forma pauperis</u> under 28 U.S.C. § 1915, ECF No. 4;

and the Court finding that Plaintiff has adequately alleged indigence or an inability to prepay court fees;

**IT IS** on this 28th day of June, 2018,

**ORDERED** that Plaintiff's application to proceed without prepayment of fees or costs is **GRANTED**;

**ORDERED** that the Clerk shall file the proposed Amended Complaint attached to Plaintiff's renewed application, ECF No. 4-1, without the prepayment of the filing fee;

**ORDERED** that the Clerk shall reopen the case; and it is further

**ORDERED** that the Clerk shall issue a summons and the U.S. Marshal shall serve a copy of the complaint, summons, and this order upon Defendant as directed by Plaintiff.  All costs of service shall be advanced by the United States.

*/s Madeline Cox Arleo*_____
**Hon. Madeline Cox Arleo**
**United States District Judge**
