# UNITED STATES OF AMERICA DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| Dr. Beverly M. Harris,<br><br>                    Plaintiff,<br>v.<br><br>Mr. Thomas S. Bozzuto, Founder of the Bozzuto Group, 6406 Ivy Lane #700 Greenbelt, Maryland 20770,<br><br>Mr. Toby Bozzuto, Operating Officer, Bozzuto Group, 6406 Ivy Lane #700 Greenbelt, Maryland 20770, & Partners of the Bozzuto Group, 6406 Ivy Lane #700 Greenbelt, Maryland 20770,<br><br>Mr. David Curcio, Regional Manager, 6406 Ivy Lane #700 Greenbelt, Maryland 20770,<br><br>Ms. Michelle Demetriou, Manager The Park Apartments, 471 Raritan Road, Roselle New Jersey<br><br>**U.S. ATTORNEY GENERAL**, Jeffery Sessions, in his individual and official capacities, US Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530,<br><br>**DIRECTOR**, Christopher A. Wray, FEDERAL BUREAU OF INVESTIGATION, J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, DC 20535,<br><br>AN UNKNOWN NUMBER OF UNKNOWN AGENTS OF FEDERAL BUREAU OF INVESTIGATION, 611 Greenway Blvd, The Park Apartment, Roselle, New Jersey 07203,<br><br>AN UNKNOWN NUMBER OF UNKNOWN AGENTS OF FEDERAL BUREAU OF INVESTIGATION, 11 Centre Pl, Newark, NJ 07102,<br><br>AN UNKNOWN NUMBER OF UNKNOWN AGENTS OF FEDERAL BUREAU OF INVESTIGATION, addresses Unknown,<br><br>                    Defendants. | CASE NO.: 2:18-CV-10277-MCA-SCM<br><br>**JUDGES:** Judge Madeline Cox Arleo<br><br>Magistrate Judge Steven C. Mannion |

**<u>DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FRIVILOUS AND MALICOUS ACTION AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, AND TO CONTEST SERVICE</u>**

## CERTIFICATION OF DAVID CURCIO

David Curcio, hereby certifies as follows:

1. Service in this matter was attempted by leaving a single summons at the apartment in New Jersey where Plaintiff resided (she has since left), made out to: Partners of the "Bozzuto Operating Officer" with an address of 6406 Ivy Lane, #700, Greenbelt, Maryland 20770.

2. The only person who works there and has an office there is Michelle Demitriou, (she has since left the company) and she is not a "Partner of the Bozzuto Operating Officer".

3. To resolve the statement, asked as a question in the Complaint (Paragraphs 19 and 82), Michelle Demitrious (formerly Gallagher) was at all relevant times, a licensed sales person with the New Jersey Real Estate Commission. Attached as Exhibit A is a copy of her license.

4. Michelle Demitrious and I are New Jersey residents and citizens. Thomas S. Bozzuto and Toby Bozzuto are residents and citizens of Maryland. I have known all of these individuals for years and can attest to their places of domicile. Because of the peculiar nature of the allegations of this Plaintiff, I have intentionally been less specific about the actual locations of domicile in each of those states.

5. Plaintiff moved out of her apartment voluntarily, within the past two weeks.

I certify that the foregoing statements made by me are true. I understand that if any statements made herein are willfully false, I am subject to punishment.

Dated: 9/17/18

DAVID CURCIO
Regional Manager
The Bozzuto Group

# EXHIBIT A

NEW JERSEY DEPARTMENT OF BANKING AND INSURANCE
NEW JERSEY REAL ESTATE COMMISSION

LICENSE AND IDENTIFICATION CARD

*ISSUED TO:* **GALLAGHER, MICHELLE**

*REF NO.:* **1541227**     *LIC. TYPE:* **SALESPERSON**

*LICENSED WITH:* **THOMAS L BISANZ**

*REF NO.:* **1223276**     *LIC. TYPE:* **SOLE PROPRIETORSHIP**

*EXPIRATION:* **JUN 30, 2019**     *CREATED:* **FEB 05, 2018**

*THIS CARD MUST BE CARRIED BY THE LICENSEE WHENEVER ENGAGED IN BROKERAGE ACTIVITY.*
*THE INFORMATION ON THIS CARD IS ACCURATE AS OF THE DATE CREATED.*
*FOR MORE DETAILED INFORMATION, GO TO DOBILICENSING.NJ.GOV*

*NEW JERSEY DEPARTMENT OF BANKING AND INSURANCE -- MARLENE CARIDE, ACTING COMMISSIONER*
*NEW JERSEY REAL ESTATE COMMISSION -- PATRICK J. MULLEN, DIRECTOR OF BANKING*