## UNITED STATES OF AMERICA DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| Dr. Beverly M. Harris,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Mr. Thomas S. Bozzuto, Founder of the Bozzuto Group, 6406 Ivy Lane #700 Greenbelt, Maryland 20770,<br><br>Mr. Toby Bozzuto, Operating Officer, Bozzuto Group, 6406 Ivy Lane #700 Greenbelt, Maryland 20770, & Partners of the Bozzuto Group, 6406 Ivy Lane #700 Greenbelt, Maryland 20770,<br><br>Mr. David Curcio, Regional Manager, 6406 Ivy Lane #700 Greenbelt, Maryland 20770,<br><br>Ms. Michelle Demetriou, Manager The Park Apartments, 471 Raritan Road, Roselle New Jersey<br><br>**U.S. ATTORNEY GENERAL,** Jeffery Sessions, in his individual and official capacities, US Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530,<br><br>**DIRECTOR,** Christopher A. Wray, FEDERAL BUREAU OF INVESTIGATION, J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, DC 20535,<br><br>AN UNKNOWN NUMBER OF UNKNOWN AGENTS OF FEDERAL BUREAU OF INVESTIGATION, 611 Greenway Blvd, The Park Apartment, Roselle, New Jersey 07203,<br><br>AN UNKNOWN NUMBER OF UNKNOWN AGENTS OF FEDERAL BUREAU OF INVESTIGATION, 11 Centre Pl, Newark, NJ 07102,<br><br>AN UNKNOWN NUMBER OF UNKNOWN AGENTS OF FEDERAL BUREAU OF INVESTIGATION, addresses Unknown,<br><br>　　　　　　Defendants. | CASE NO.: 2:18-CV-10277-MCA-SCM<br><br>**JUDGES:** Judge Madeline Cox Arleo<br><br>Magistrate Judge Steven C. Mannion |

## **DISCLOSURE STATEMENT**

The undersigned counsel for The Bozzuto Group, Mr. Thomas S. Bozzuto, Mr. Toby Bozzuto, Mr. David Curcio, and Ms. Michelle Demetriou, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____
_____

## OR

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____  Griffin Alexander, P.C.
Signature of Attorney            Name of Firm

David L. Dockery, Esq.           415 Route 10, 2nd Floor
Print Name                       Address

9/18/18                          Randolph, NJ 07869
Date                             City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on Other Documents.
4. Select Corporate Disclosure Statement.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.                    DNJ-CMECF-005 (5/2/08)