Philip S. May
Raymond B. Biagini\*
Daniel L. Russell Jr.\*
**COVINGTON & BURLING LLP**
850 Tenth Street, NW
Washington, DC 20001-4956
Tel.: (202) 662-6000
pmay@cov.com
rbiagini@cov.com
drussell@cov.com

*Attorneys for Defendants*
*Stuart Bradie and KBR, Inc.*

\*Pro hac vice applications to be filed

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DR. BEVERLY M. HARRIS<br><br>*Plaintiff*,<br><br>v.<br><br>THOMAS S. BOZZUTO, *et al.*,<br><br>*Defendants*. | Hon. Madeline Cox Arleo<br><br>Civil Action No. 18-10277-MCA-SCM<br><br>(Filed Electronically) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant KBR, Inc. ("KBR") certify that KBR is a non-governmental corporate party and that KBR has no parent corporation, nor is there any publicly held corporation that owns 10% or more of KBR's stock.

1

|  |  |
|---|---|
| Dated:  July 16, 2019 | Respectfully submitted,<br><br> *s/ Philip S. May*  <br>Philip S. May<br>Raymond B. Biagini*<br>Daniel L. Russell Jr.*<br>**COVINGTON & BURLING LLP**<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Tel.: (202) 662-6000<br>pmay@cov.com<br>rbiagini@cov.com<br>drussell@cov.com<br><br>*Attorneys for Defendants*<br>*Stuart Bradie and KBR, Inc.*<br><br>*\*Pro hac vice applications to be filed* |

# CERTIFICATE OF SERVICE

I, Philip S. May, counsel for Defendants Stuart Bradie and KBR, Inc., hereby certify that on this 16th day of July, 2019, I caused a true and correct copy of the foregoing document to be sent via the CM/ECF system and via e-mail to the following counsel:

Robert C. Green
Griffin Alexander, PC
415 Route 10, 2nd Floor
Randolph, NJ 07869
rgriffin@lawgapc.com

*Counsel for Defendants Thomas S. Bozzuto, Toby Bozzuto, David Curcio, Michelle Demetriou, and The Bozzuto Group*

Ben Kuruvilla
Office of the U.S. Attorney, District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
ben.kuruvilla@usdoj.gov

*Counsel for Defendants Jeffrey Sessions and Christopher Wray*

I further certify that I caused a true and correct copy of the foregoing document to be sent by U.S. mail to the following non-filing user:

Dr. Beverly M. Harris
230 Hamilton Avenue
New Rochelle, NY 10801

*Plaintiff, pro se*

 s/ Philip S. May
Philip S. May
**COVINGTON & BURLING LLP**
850 Tenth Street, NW
Washington, DC 20001-4956
Tel.: (202) 662-6000
pmay@cov.com

*Attorney for Defendants
Stuart Bradie and KBR, Inc.*