**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES DISTRICT JUDGE** | **MARTIN LUTHER KING**<br>**COURTHOUSE**<br>**50 WALNUT ST. ROOM 4066**<br>**NEWARK, NJ 07101**<br>**973-297-4903** |

July 29, 2021

<u>VIA CERTIFIED MAIL</u>
7805 Mandan Road
Apt. 204
Greenbelt, MD 20770

<u>VIA ECF</u>
Counsel for Defendants

**<u>LETTER ORDER</u>**

    Re:    <u>Dr. Beverley M. Harris v. The Bozzuto Group, et al.,</u>
            <u>Civil Action No. 18-10277</u>

Dear Litigants:

      The Court is in receipt of Plaintiff Dr. Beverley M. Harris's ("Plaintiff") Motion to File for <u>in forma pauperis</u>, ECF No. 142. On June 28, 2018, the Court issued an order permitting Plaintiff to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915. ECF No. 6. Following substantial motion practice, the Court entered an order dismissing Plaintiff's claims with prejudice for failure to state a claim upon which relief can be granted. ECF No. 135. Plaintiff appealed, and the Third Circuit affirmed this Court's decision on the merits on July 21, 2020. ECF No. 141.

      Plaintiff therefore has no active claims, and this matter remains closed. Moreover, this Court has already granted Plaintiff's prior request to proceed <u>in forma pauperis</u>. Accordingly, Plaintiff's Motion to File for <u>in forma pauperis</u>, ECF No. 142, is **DENIED AS MOOT**. The Clerk of Court is instructed to serve a copy of this Order on Plaintiff via Certified Mail.

                                                              SO ORDERED.

                                                   */s Madeline Cox Arleo*
                                                   **MADELINE COX ARLEO**
                                                   **UNITED STATES DISTRICT JUDGE**